**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Richard Barroso v. The State of Texas

Appellate case number:   01-21-00304-CV

Trial court case number:  110208-I

Trial court:            412th District Court of Brazoria County

Appellant, Richard Barroso, filed a notice of appeal of the trial court's May 18, 2021 "Order of Dismissal." Appellant also filed a "Motion to be Granted to Proceed in Forma Pauperis as Status in Trial Court," requesting to be permitted to proceed on appeal without payment of costs. Accordingly, on June 29, 2021, we directed the trial court clerk to prepare, certify, and file, without advance payment of costs, a clerk's record on indigence with all trial court filings regarding or related to appellant's request to proceed without payment of costs on appeal, and any contest by any party to that request.

On July 13, 2021, the trial court clerk filed a clerk's record on indigence including an affidavit of inability to pay costs filed by appellant in the trial court. *See* TEX. R. CIV. P. 145(a), (b), (d). The clerk's record does not reflect that a contest to the affidavit was filed, nor that the trial court overruled appellant's claim of indigence. *See* TEX. R. CIV. P. 145(f). Accordingly, appellant cannot be required to pay costs, including filing fees charged by this Court, nor fees charged for the preparation of the appellate record. *See* TEX. R. CIV. P. 145(a), (c); TEX. R. APP. P. 20.1.

**The Clerk of this Court is directed to make an entry in this Court's records that appellant is allowed to proceed on appeal without payment of costs.** *See* TEX. R. CIV. P. 145(a); TEX. R. APP. P. 20.1.

The appellate record is due to be filed with this Court, at no cost to appellant, within thirty days of the date of this order. *See* TEX. R. CIV. P. 145(a), (c); TEX. R. APP. P. 35.1.

It is so ORDERED.

Judge's signature: ____/s/ Amparo Guerra_____
☑ Acting individually ☐ Acting for the Court

Date: ___July 20, 2021____